UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JERZY MATYSIK, | ) | |
| | ) | |
| Defendant, | ) | No. 04 CR 778-10 |
| | ) | |
| and | ) | Judge Kendall |
| | ) | |
| ALL STATE EQUIPMENT RENTAL, INC. | ) | |
| (f/k/a ALL AMERICAN EXTERIOR | ) | |
| SOLUTIONS, INC.), | ) | |
| | ) | |
| Third-Party Respondent. | ) | |

**MOTION FOR AMENDED TURNOVER ORDER**

The United States of America, by John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, moves to modify a turnover order and in support states as follows:

1. The court entered a restitution judgment against defendant Jerzy Matysik and as of August 28, 2018, the defendant had an outstanding balance of $57,461.33.

2. The court entered a turnover order on January 24, 2018, against All American Exterior Solutions, Inc. as third-party citation respondent and the employer of Matysik. Exhibit A, Dkt. 732. The turnover order required All American Exterior Solutions, Inc. to remit to the Clerk of Court 25% of the Matysik's disposable earnings.

3. The United States received correspondence from All American Exterior Solutions indicating that it performed an intracompany transfer of Matysik's employment to its related company All State Equipment Rental, Inc.

4. Based on the correspondence from All American Exterior Solutions, the United States requests that an amended order indicating that All State Equipment Rental, Inc. be required to turnover 25% of defendant's disposable earnings as well as all other terms provided for in the existing turnover order.

5. The United States has provided all noticed required by law.

WHEREFORE, the United States moves for entry of an amended turnover order naming as the respondent, All State Equipment Rental, Inc., and directing All State Equipment Rental, Inc., to submit to the Clerk of the Court 25% of the defendant's net wages for each pay period since the citation was served and continuing each pay period until the debt is paid in full or until the respondent no longer has custody, possession, or control of any wages belonging to the defendant, or until further order of this court.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney


By: s/ Scott D. Heffron
SCOTT D. HEFFRON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
312-886-4190
scott.heffron@usdoj.gov

# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JERZY MATYSIK, )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>ALL AMERICAN EXTERIOR )<br>SOLUTIONS, INC., )<br>)<br>Third-Party Respondent. ) | No. 04 CR 778-10<br><br>Judge St. Eve |

## **TURNOVER ORDER**

This matter is before the court on the United States of America's motion for a turnover order. The court has reviewed the motion and finds as follows:

1. Judgment was entered in this case in favor of the United States and against defendant Jerzy Matysik and the outstanding balance is $66,433.09 as of January 9, 2018.

2. Third-party respondent All American Exterior Solutions, Inc. stated in its answer to a citation to discover assets that it had earnings belonging to Matysik in its possession or under its control. The United States is entitled to 25% of Matysik's disposable earnings for each pay period since the citation was served and continuing each pay period until the debt is paid in full, or until the respondent no longer has custody, possession, or control of any earnings belonging to Matysik, or until further order of this court.

3. The Clerk of the Court collects all payments on monetary penalties imposed in criminal cases. Accordingly, all payments should have "04 CR 778-10" written in the lower left

corner of the check and be submitted to: Clerk of the Court, U.S. District Court, Northern District of Illinois, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604.

It is therefore,

ORDERED that the respondent, All American Exterior Solutions, Inc., shall submit to the Clerk of the Court for the Northern District of Illinois 25% of Jerzy Matysik's disposable earnings for each pay period since the citation was served and continuing each pay period until the debt is paid in full, or until the respondent no longer has custody, possession, or control of any earnings belonging to Matysik, or until further order of this court.

ENTER:

_____
United States District Judge

Date: 1/24/18

# EXHIBIT B

**Pham, James (USAILN)**

| | |
|---|---|
| **From:** | Lynn Salisbury <lsalisbury@aaexs.com> |
| **Sent:** | Tuesday, August 28, 2018 3:57 PM |
| **To:** | Pham, James (USAILN) |
| **Subject:** | RE: George Matysik |

On July 1, 2018, we transferred George Matysik from All American Commercial Roofing Inc. to another related company, All State Equipment Rental Inc.

Please let me know if you have any questions.

Lynn Salisbury


# Lynn Salisbury

Controller



*Because it's what's on the outside that really counts®*

150 Oakwood Rd. Lake Zurich, IL. 60047
T. 847.438.4131  x223 | Fax 847.438.1387
lsalisbury@aaexs.com | www.aaexs.com
Facebook  LinkedIn  YouTube  Instagram

1