UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| JERZY MATYSIK, ) | |
| ) | |
| Defendant, ) | No. 04 CR 778-10 |
| ) | |
| and ) | Judge Kendall |
| ) | |
| ALL STATE EQUIPMENT RENTAL, INC. ) | |
| (f/k/a ALL AMERICAN EXTERIOR ) | |
| SOLUTIONS, INC.), ) | |
| ) | |
| Third-Party Respondent. ) | |

**AMENDED TURNOVER ORDER**

This matter is before the court on the United States' motion for an amended turnover order. The court entered a turnover order against All American Exterior Solutions, Inc. as third-party citation respondent and the employer of Jerzy Matysik. Dkt. 732. The turnover order required All American Exterior Solutions to remit to the Clerk of Court 25% of the Matysik's disposable earnings. Through an intracompany transfer, Matysik was transferred to All State Equipment Rental, Inc. It is therefore,

ORDERED that All State Equipment Rental, Inc., is substituted as the respondent in this matter; it shall submit to the clerk of the court 25% of the defendant's disposable earnings for each pay period since the citation was served and continuing each pay period until the debt is paid in full, or until the respondent no longer has custody, possession, or control of any wages belonging to the defendant, or until further order of this court.

ENTER:

Date: 10-10-18

*Virginia M. Kendall*
United States District Judge